THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2023 MAY -2 PM 3:11
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| **Purnell Williams,**<br>**Angela Williams**<br>    **Plaintiffs**<br><br>vs.<br><br>**TRAVIS COUNTY SHERIFF'S OFFICE**<br>**Official/Individual Capacity**<br>    **Defendants**<br><br>**CITY OF AUSTIN MUNICIPAL COURT**<br>**Official/Individual Capacity**<br>    **Defendants**<br><br>**Christopher Short**<br>**Official/Individual Capacity**<br>    **Defendants**<br><br>**Patrick McNelis**<br>**Official/Individual Capacity**<br>    **Defendants** | Civil Action No._____<br><br>**1:23CV00496 RP**<br><br>**COMPLAINT FOR VIOLATIONS OF:**<br><br>**18 U.S.C. § 287 – FALSE, FICITIOUS &**<br>**FICTIOUS STATEMENTS**<br><br>**18 U.S.C. § 1341 – FRAUD & SWINDLES**<br><br>**14th AMENDMENT - DUE PROCESS OF**<br>**LAW**<br><br>**AFFIDAVIT OF LIVING STATUS FOR**<br>**PLAINTIFF'S**<br><br>**AFFIDAVIT OF FACTS FROM**<br>**PLAINTIFF'S**<br><br>**COMPENSATORY & PUNITIVE**<br>**DAMAGES**<br><br>**DEMAND FOR TRIAL BY JURY** |

## COMPLAINT

**NOW COMES, Purnell and Angela Williams** who have filed this complaint under the above **Federal** and **Constitutional** violations against the above **Defendants**. The **Plaintiff's** seek to refrain the **Defendants** from causing **ANY** further injury and mental distress of potential detention, apprehension, custody or restricting of the **Liberty, Life and Pursuit of Happiness** of the **Plaintiff's, which are unalienable rights granted within the federal constitution**. The **Defendants** have acted in an unconstitutional and unlawful manner without the consent of the **Plaintiff's**. The **Plaintiff's** seek to obtain damages from the **Defendants** for overriding and

misconstruing the facts of what the **Plaintiff's** have informed them of and reconstructing the facts to fit a narrative to support a charging instrument upon the **Plaintiff**. These actions have caused emotional, psychological, and physical injury and distress upon the **Plaintiff's** from the **Defendants.** These **Defendants** have demonstrated a record of disproportionate actions of violence and charging actions upon men of color and other minorities which appears to be the case in this action regardless of the factual statements presented by the **Plaintiff's** to these **Defendants,**

## PARTIES

**Purnell & Angela Williams** are residents of Travis County located at 14000 The Lakes Blvd, #1237 Pflugerville, TX. 78660 and may be served with process at this location.

**TRAVIS COUNTY SHERIFF'S OFFICE** is a sub-political division of the **STATE OF TEXAS** located in **TRAVIS COUNTY, TEXAS** at 509 W. 11th St. Austin, TX. 78701 and may be served with process at this location or any location thereof.

**CITY OF AUSTIN MUNICIPAL COURT** is a sub-political division of the **STATE OF TEXAS**. Located in **TRAVIS COUNTY, TX.** at 6800 Burleson Rd. Bldg., 310 Ste. 175 Austin, TX. 78744 and may be served with process at this location or any thereof.

**Christopher Short** is a detective with the **TRAVIS COUNTY SHERIFF'S OFFICE** located in Travis County, TX. And may be served with process there or wherever he may be located.

**Peter McNeilus** is a court administrator and signed for the warrant for **THE CITY OF AUSTIN MUNICIPAL COURT** and may be served with process at that above place or wherever he may be found.

## JURY DEMAND

**Plaintiff** hereby demands trial by jury and will tender the jury fee when ordered to do so.

## JURISDICTION and VENUE

This court has jurisdiction in this case in accordance with **28 U.S.C. § 1331.** Venue is proper because all events giving rise to **Plaintiff's** causes of action occurred within this district as provided in **28 U.S.C. § 1391(b)(2).**

## CAUSES OF ACTION

1. **Violation of the 14th Amendment – DUE PROCESS OF LAW**
2. **Violation of 18 U.S.C. § 287 – FALSE, FICITIOUS & FICTIOUS STATEMENTS**
3. **Violation of 18 U.S.C. § 1341 – FRAUD & SWINDLES**

## GENERAL FACTS

On or around April 3, the **Plaintiff's** had an in-home discussion about family matters that escalated into an argument. During that argument Mrs. Williams became irate and struck her husband and he had to physically restrain her from attacking him. At no point did Mr. Williams hit or cause any physical harm to Mrs. Williams. After being subdued and restrained from any further assault upon Mr. Williams, Mrs. Williams was released from his restraint and Mrs. Williams retired to the bedroom for the evening. Several days later Mrs. Williams was out with friends for happy hour and returned to her residence at or around 10pm. Upon returning home, Mr. Williams was watching sports and doing work on his laptop. Mrs. Williams proceeded to the bathroom and puked from excessive drinking on that evening. Mr. Williams was unaware that Mrs. Williams had been drinking and did not pay particular attention to Mrs. Williams puking in the bathroom. After Mrs. Williams bathroom incident she retired to the bedroom. Later that night Mr. Williams went to use the restroom and noticed that Mrs. Williams had puked all over

the restroom toilet and floor. He then proceeded to ask Mrs. Williams to please clean up the restroom. Mr. Williams asked Mrs. Williams repeatedly to please clean up the bathroom and after multiple attempts to awake her, Mrs. Williams jumped up and stated that she was ignoring him. Mr. Williams exited the room and continued to watch sports in the living room. Mrs. Williams entered the bathroom and said a few expletives towards Mr. Williams then she climbed on the kitchen counter and retrieved her firearm that she legally owns. Mrs. Williams took the firearm with her back into the bedroom. Upon seeing this Mr. Williams immediately feared for his life and quietly exited the premises and contacted law enforcement through 911. Travis County Sheriff's showed up at the residence and after about a hour of deliberation amongst the officers Mrs. Williams was removed from the home and Mr. Williams was allowed to reenter the home. Mrs. Williams was taken to a family member's location for the evening. That next day Mr. and Mrs. Williams agreed to discuss their marital issues and decided that Mrs. Williams should seek some counseling to address some underlying issues that are plaguing Mrs. Williams. At no point in time did Mrs. Williams tell ANY officer that Mr. Williams hit, struck, or did any physical harm to her and Mr. Williams conveyed the same information to the arriving female officer on the scene. The officers on the scene asked Mr. Williams did he wished to press charges against his wife which he emphatically declined and stated that his wife exhibited rare behavior and that alcohol may have caused her to act in this fashion.

On or around April 21, Detective Christopher Short contacted Mrs. Williams via telephone and she informed him that she was not pursuing any charges because her husband never harmed her physically and that he only restrained her from attacking him. Detective Short then **TOLD** Mrs. Williams that he was going to press charges against Mr. Williams regardless of her wishes not to proceed any further. She informed Detective Short that she escalated the matter and that she was seeking counseling for her underlying mental issues and that Mr. Williams called the

police on her not vice versa. After the phone call Mrs. Williams began crying and became extremely depressed because she did not give the officers any information to indicate that her husband had harmed her. Mrs. Williams informed her husband of the phone call and Mr. Williams, seeing his wife visibly upset, decided to contact Detective Short. During the brief conversation Mr. Williams informed the detective that he called the officers and that his wife told him she did not desire to proceed with any charges as she was the reason for the escalation. Mr. Williams informed the detective that he and his wife will be seeking counseling for their internal martial issues. Mr. Williams concluded the phone call and did not desire to continue discussing the matter with the detective. On or around April 27, Mr. & Mrs. Williams received a notice through a lawyer that their friends with that a warrant was issued for the arrest of Mr. Williams by Detective Short. Upon reading the warrant for arrest Detective Short erroneously describes secondhand information and falsified the occurrence of events to obtain a warrant for arrest for Mr. Williams. Detective Short falsely claims that Mrs. Williams was a victim, which she was not, and that she had visible injuries. Mrs. Williams informed the officers on the scene and Detective Short that her husband did not commit any of her injuries. However, upon further reading of the warrant Detective Short has created a false narrative that Mr. Williams has some sort of power or control over Mrs. Williams. At no point in time did Mrs. Williams state that she was afraid or fearful of her husband and that she was the reason for the physical altercation. Detective Short falsely states that Mr. Williams was the aggressor and utilized his past to create a false affidavit to support him obtaining a warrant. Mrs. Williams never filed a police report nor has she signed a sworn statement stating Mr. Williams harmed her in ANY physical manner. Detective Short acted in an unconstitutional manner and proceeded with a warrant for arrest without a sworn statement from Mrs. Williams. He further disregards the wishes of Mrs. Williams to leave the matter alone as she seeks counseling. In doing so he has caused extreme

emotional injury and distress to Mr. & Mrs. Williams and his actions has impeded Mr. & Mrs. Williams, life, liberty and pursuit of happiness. His false affidavit and description of the events are totally inconsistent with the desires and wishes of Mr. & Mrs. Williams.

## DEMAND

4. The **Plaintiff's DEMAND** that the **Defendants** rescind **ANY** warrant for arrest of Mr. Williams.

5. The **Plaintiff's DEMAND** that the **Defendants** pay **$100,000** for each violation committed against them.

6. The **Plaintiff's DEMAND** that the **Defendants** pay an additional **$100,000** for causing them emotional and psychological stress from their actions.

7. The **Plaintiff's** also **DEMAND** that in the event Mr. Williams is apprehended, arrested or taken into custody as a result of this matter that the above **Defendants** pay **$100,000** per hour for any confinement or incarceration of Mr. Williams

## CONCLUSION AND PRAYER

Mr. & Mrs. Williams pray that the court require that the defendant(s) appear and answer herein; that upon final trial or other disposition of this case, Mr. & Mrs. Williams recover of and from the defendant(s) relief prayed for herein, including compensatory and punitive damages. Mr. & Mrs. Williams also pray for such other and further relief as is just.

**I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE.**

Respectfully submitted,

_____
Purnell Williams
14000 The Lakes Blvd. #1237
Pflugerville, TX. 78660

5/2/23
_____
Date

_____
Angela Askey
14000 The Lakes Blvd. #1237
Pflugerville, TX. 78660

5/2/23
_____
Date

## AFFIDAVIT OF ANGELA WILLIAMS

I have never informed any officer or detective that my husband has harmed me in any manner. I specifically informed every officer that my husband **DID NOT** harm me or cause **ANY** injury that I had at the time. I informed every officer and detective that my husband only restrained me when I initially assaulted him. I also told every officer or detective that I had been drinking and that I escalated the events causing my husband to contact law enforcement. The report by Detective Short is false and he has perverted the facts to proceed against my wishes. This matter has caused me extensive emotional and psychological stress. I suffer from **Depression** and **Anxiety**. I had to schedule an emergency appointment with my doctor on May 1st to address my mental issues through medication. My husband is a loving and responsible man who has taken care of me in ways I never thought possible. I'm a previous victim of domestic violence and I acted in an unfamiliar manner to my husband and assaulted him when he was attempting to explain family matters, I did not agree with. I was recently laid-off at the beginning of April and I attempted to self-medicate by using alcohol uncommon to my customary consumption which is rare. My husband is an honorably discharged disabled veteran of the USMC and he has scheduled counseling sessions for myself and for us as a couple through the VA.

I ATTEST UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_Angela Williams_                                              5-2-23
Angela Williams                                                Date

## AFFIDAVIT OF LIVING PERSON OF PURNELL WILLIAMS

Comes now, Angela N. Williams, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant is one of the People of these United States of America, being a creation of God and born in one of the several States.

2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.

3. Your Affiant notices that in these United States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.

4. Your Affiant at all times claims all and waives none of his God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the United States of America as ratified 1791 with the Articles of the Amendments.

5. Your Affiant notices that pursuant to the Constitution of the United States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the Supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.

7. Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.

8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

9. Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can Affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.
Further, Affiant sayeth naught.


**I ATTEST UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLWDGE.**

Signature _____    5/2/23
Purnell Williams - ALL RIGHTS RESERVED    Date

## AFFIDAVIT OF LIVING PERSON OF ANGELA WILLIAMS

Comes now, Angela N. Williams, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant is one of the People of these United States of America, being a creation of God and born in one of the several States.

2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.

3. Your Affiant notices that in these United States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.

4. Your Affiant at all times claims all and waives none of his God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the United States of America as ratified 1791 with the Articles of the Amendments.

5. Your Affiant notices that pursuant to the Constitution of the United States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the Supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.

7. Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.

8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

9. Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can Affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.
Further, Affiant sayeth naught.


**I ATTEST UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLWDGE.**


Signature _____    5/2/23
Angela N. Williams - **ALL RIGHTS RESERVED**    Date

DOCKET NUMBER C1CR23500717

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE AUSTIN CITY MUNICIPAL COURT |
| v. | § | |
| PURNELL ELLIOT WILLIAMS | § | CITY OF AUSTIN MUNICIPAL COURT |

## AFFIDAVIT AND APPLICATION FOR ARREST WARRANT

The Undersigned Affiant, who after being duly sworn by me, on oath, makes the following statement: I have reason to believe and do believe that: Purnell Elliot Williams . DOB: 09/19/1972 did then and there, on or about 03-24-2023 at 14000 THE LAKES BLVD #1237 Pflugerville, TX 78660 commit the offense of:

## ASSAULT CAUSES BODILY INJURY FAMILY MEMBER-- (Class A Misdemeanor)

Affiant, C. Short #4074 is a Detective employed by Travis County Sheriff's Office, currently assigned to the Family Violence Unit. Affiant has been a Peace Officer since 2008 and has training and experience in the investigation of a variety of criminal offenses.

The below events described did occur in Travis County, Texas, and the information was gathered through the review of Travis County Sheriff's Office (TCSO) records and/or information gathered directly by Affiant. The victim has been fully identified in TCSO Case #230940640 and will herein be referred to as "the Victim".

Travis County Sheriff's Office records show on or about 3/30/23 at approximately 0028 hours, TCSO Deputies responded to 14000 The Lakes Blvd. #1237 and met with the Victim and Purnell Williams (B/M 9/19/72.

TCSO Deputy Gonzales #4837 arrived on scene and took the initial report from the Victim and Williams. It was discovered that Williams and the Victim had been married for approximately one year and had dated for approximately 1 year prior. TCSO Gonzales reported a physical altercation that occurred between the Victim and Williams on 3/24/23 at the same location, resulting in visible injuries on the victim.

Affiant was assigned this incident for investigation. During the course of this investigation, Affiant gathered various sources of evidence which led to the following determination of what occurred during the reported incident:

Based on phone interviews with the Victim and Purnell, and Deputy Gonzales' report, I determined that Williams was upset that the Victim no longer wanted to be the point of contact with his child's mother, a task he had assigned to her, and began cursing at her, calling her a "stupid bitch" and "weak". After telling him to stop several times, the Victim approached Williams and struck him.

Williams responded by grabbing the Victim's hair and holding her face against the floor for approximately 30-45 seconds. While Williams held the Victim's face against the floor, he, in his words, "emphatically informed her, through clenched teeth, to not ever put her hands on me". This resulted in

Travis County Sheriff's Office                              Report Number # 230940640

dark bruising underneath the Victim's right eye. He added that he had not allowed her to physically move during that time until, "I let her get up".

It should be noted that the Victim was approximately 5'04" tall and weighed about 195lbs. Williams was approximately 6'00" tall and weighed about 250lbs. Williams described himself as a Marine Corps veteran who exercised regularly and was "very fit".

According to PC 9.31(b)(4) Self-Defense, Williams' actions were not justified. He knowingly provoked her, despite his claims of being an "effective communicator" with a "degree in professional and creative writing". The Victim responded to this provocation with an unlawful use of force by striking him and acknowledged that she should have left the residence instead. Williams made no attempt to abandon the encounter, but instead stood up from the chair he was in and unlawfully used force against her as described above.

Based on the above investigation, Affiant has reason to believe, and does believe, that Williams did then and there intentionally, knowingly, and recklessly cause bodily injury to the Victim, a member of the defendant's family, as described by Section 71.003 of the Texas Family Code, by holding the Victim's face against the floor hard enough to result in dark bruising underneath her right eye. Affiant further believes that Williams was the predominant aggressor in this incident.

According to Williams' criminal history, he has the following convictions:

- Assault Causes Bodily Injury

- Assault Causes Bodily Injury Family Member

Based on Affiant's training and experience, Affiant recognized several indicators of Williams exerting power and control over the Victim. He insisted that the Victim would be the point of contact for his child's mother and became angry when the Victim refused. He cursed at, and belittled the Victim by calling her, among other things, and "stupid bitch" and "weak". He continued to provoke the Victim knowing it was upsetting her.

William's act of holding the Victim's face against the ground for an extended period of time was more consistent with an act of control than self-defense. His repeated demand made "emphatically" and "through clenched teeth" that she never "put hands on" him, while holding her against the floor, not allowing her to move until "I let her get up" further indicates his exertion of power and control over the Victim.

Affiant requests for consideration the Bond Conditions of EPO, GPS in Jail, No Firearms, no Contact (except about the minor children through Our Family Wizard) for the safety of the Victim.

This case was staffed with ADA Whited.

Travis County Sheriff's Office                                Report Number # 230940640

# WARRANT OF ARREST

THE STATE OF TEXAS
   VS.
NAME: PURNELL ELLIOT WILLIAMS
ALIASES:
RACE/SEX/DOB: BLACK/AFRICAN AMERICAN / MALE / 09/19/1972
ADDRESS: 14000 THE LAKES BLVD #1237
CITY, STATE, ZIP: PFLUGERVILLE, TEXAS 78660
SSN: 439378774

CAUSE NO: C1CR23500717

TRAVIS COUNTY SHERIFF'S OFFICE
OFFENSE NO: 230940640
OFFENSE DATE: 03-24-2023

PEACE OFFICER: Christopher Short #4078

FILED FOR RECORD 2023 APR 24 AM 9:43
DYANA LIMON-MERCADO
COUNTY CLERK
TRAVIS COUNTY TEXAS

## THE STATE OF TEXAS
## TO ANY PEACE OFFICER OF THE STATE OF TEXAS: GREETINGS

You are hereby commanded to arrest:

**PURNELL ELLIOT WILLIAMS  BLACK/AFRICAN AMERICAN / MALE / 09/19/1972**

If they are found in your county, and bring Defendant before me, Patrick McNelis, in and for the CITY OF AUSTIN MUNICIPAL COURT of Travis County, then and there to answer the State of Texas for an offense against the laws of said State, to-wit:

### ASSAULT CAUSES BODILY INJURY FAMILY MEMBER--(Class A Misdemeanor)

of which offense Defendant is accused by the written complaint, under oath of Christopher Short, filed before me.

HEREIN FAIL NOT but of this writ make due return, showing how you have executed the same.

WITNESS my official signature, on this 21 day of Apr, 2023, at 02:33 PM.

*Patrick McNelis* (signature)

Patrick McNelis
County of Travis, Texas
CITY OF AUSTIN MUNICIPAL COURT

Travis County Sheriff's Office

Report Number # 230940640

4