IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PURNELL WILLIAMS and ANGELA WILLIAMS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:23-CV-496-RP |
| CHRISTOPHER SHORT, et al., | § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation The Court's Order dismissed Plaintiffs' claims with prejudice, except as to the claims under the False Claims Act and for Fourth Amendment violations against Detective Short in his individual capacity, which were dismissed without prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on August 25, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE